Opiniion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 69178.—Aragon Woven Label Co., Inc., et al. *v.* United States, protests 63/15377, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 69179.—Panation Trade Co. *v.* United States, protest 64/16102 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 69180.—Consolidated Factors et al. *v.* United States, protests 64/1793, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of marlon fish netting similar in all material respects to that the subject of Abstract 63947, the claim of the plaintiffs was sustained.

No. 69181.—Baar & Beards, Inc. *v.* United States, protest 60/7202 (New York).